Craig M. Peters   SBN 184018
ALTAIR LAW
465 California Street, 5th Floor
San Francisco, CA 94104-3313
(415) 988-9828
cpeters@altairlaw.us

Joseph S. May   SBN 245924
Has S. Jawandha   SBN 322005
LAW OFFICE OF JOSEPH S. MAY
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel:  (415) 781-3333
Fax:  (415) 707-6600
joseph@josephmaylaw.com

Attorneys for Plaintiff J.H., a Minor,
through his Guardian ad Litem, Joan Tillman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J.H., a minor, through his Guardian ad Litem, JOAN TILLMAN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO; AYSE DOGAN; JULIE BERKOVATZ; TAMIKA DAWSON; and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO. 20-CV-00961-VC<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM [FED R. CIV. P. 17(c)(2); LOCAL RULE 7-11]<br><br>Action Filed:   February 7, 2020<br>Trial Date:     TBD |

//

//

//

//

1

J.H. v. County of San Mateo, Case No. 20-CV-00961-VC
[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM

# [~~PROPOSED~~] ORDER

Plaintiff's administrative motion for an order appointing Ms. Joan Tillman, Esq. as guardian ad litem for Petitioner is GRANTED. Ms. Tillman is hereby appointed as the guardian ad litem for Plaintiff J.H.

<span style="color:red">Order Granted as Modified: The administrative motion is granted without prejudice to reconsideration if the defendants object after they appear.</span>

SO ORDERED.

DATED: May 27, 2020

_____
HON. VINCE CHHABRIA
United States District Judge

2

J.H. v. County of San Mateo, Case No. 20-CV-00961-VC
[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM