Craig M. Peters   SBN 184018
ALTAIR LAW
465 California Street, 5th Floor
San Francisco, CA 94104-3313
(415) 988-9828
cpeters@altairlaw.us

Joseph S. May   SBN 245924
Has S. Jawandha   SBN 322005
LAW OFFICE OF JOSEPH S. MAY
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel:  (415) 781-3333
Fax:  (415) 707-6600
joseph@josephmaylaw.com

Attorneys for Plaintiff J.H., a Minor,
through his Guardian ad Litem, Joan Tillman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J.H., a minor, through his Guardian ad Litem, JOAN TILLMAN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO; AYSE DOGAN; JULIE BERKOVATZ; TAMIKA DAWSON; and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO. 20-CV-00961-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS AND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Action Filed:   February 7, 2020<br>Trial Date:       TBD |

//

//

//

//

**[~~PROPOSED~~] ORDER**

Plaintiff's motion for an order extending the deadline for time for service of process on Defendants to August 5, 2020 is hereby GRANTED. Moreover, the Initial Case Management Conference presently scheduled for May 6, 2020, at 10:00 a.m. is continued for 90 calendar days.

SO ORDERED.

DATED: May 27, 2020

_____
HON. VINCE CHHABRIA
United States District Judge

2

J.H. v. County of San Mateo, Case No. 20-CV-00961-VC
[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS