Craig M. Peters   SBN 184018
ALTAIR LAW
465 California Street, 5th Floor
San Francisco, CA 94104-3313
(415) 988-9828
cpeters@altairlaw.us

Joseph S. May   SBN 245924
Has S. Jawandha   SBN 322005
LAW OFFICE OF JOSEPH S. MAY
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel:  (415) 781-3333
Fax:  (415) 707-6600
joseph@josephmaylaw.com

Attorneys for Plaintiff J.H., a Minor,
through his Guardian ad Litem, Joan Tillman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J.H., a minor, through his Guardian ad Litem, JOAN TILLMAN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO; AYSE DOGAN; JULIE BERKOVATZ; TAMIKA DAWSON; and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO. 20-CV-00961-VC<br><br>ORDER AS MODIFIED<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, HEARING ON DEFENDANTS' MOTION TO DISMISS, AND OPPOSITION AND REPLY DEADLINES**<br><br>Action Filed:   February 7, 2020<br>Trial Date:       TBD |

  The Parties stipulate to continue the motion to dismiss the First Amended Complaint, filed by Defendants County of San Mateo, Ayse Dogan, and Julie Berkovatz, from September 24, 2020 to October 8, 2020 or as soon thereafter as the Court's schedule permits.

  The Parties further stipulate to continue the deadlines as follows:

1

1    1. The opposition shall be filed no later than September 11, 2020;

2    2. The reply shall be filed no later than September 25, 2020.

3    The Parties further stipulate to continue the initial Case Management Conference to

4    October 14, 2020.

6    So stipulated.

7    Dated: August 25, 2020                    ALTAIR LAW
                                                and
8                                               LAW OFFICE OF JOSEPH S. MAY

10                                              */s/ Joseph S. May*
                                                By: JOSEPH S. MAY
11                                              Attorneys for Plaintiff J.H.

14   Dated: August ___, 2020                   JOHN C. BEIERS, COUNTY COUNSEL

16                                              */s/ Joseph F. Charles*\*
                                                By: JOSEPH F. CHARLES and
17                                              KIMBERLY A. MARLOW
                                                Attorneys for Defendants County of San
18                                              Mateo, Dogan, and Berkovatz

19                                              \* The filer attests he has the concurrence of
                                                   this signatory to e-file the document

22                    **[PROPOSED]** ORDER   AS MODIFIED

23   Pursuant to the foregoing stipulation, and for good cause shown, the Court hereby

24   continues the hearing on Defendants' Moton to Dismiss from September 24, 2020 to October 8,

25   2020. The deadline to file an opposition to the motion is continued to September 11, 2020, and

26   //

27   //

2

the deadline to file a reply is continued to September 25, 2020. The Court also continues the Initial Case Management Conference from September 9, 2020 to October ~~14, 2020.~~ 20, 2020.

SO ORDERED.

DATED: __August 27, 2020__

APPROVED

HON. _____
United States District Judge
Judge Vince Chhabria