UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. H.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>　　　　Defendants. | Case No.  20-cv-00961-VC<br><br>**ORDER GRANTING MOTION TO DISMISS IN PART WITH LEAVE TO AMEND**<br><br>Re: Dkt. No. 18 |

　　For the reasons stated on the record, the County defendants' motion to dismiss is granted in part. All of the claims except for the claim of negligence are dismissed for failure to state a claim. Leave to amend is granted, and any amended complaint should be filed within 60 days of the date of this order. Responses are due 21 days after the filing of the amended complaint.

　　**IT IS SO ORDERED.**

Dated: October 8, 2020

_____
VINCE CHHABRIA
United States District Judge