Craig M. Peters   SBN 184018
ALTAIR LAW
465 California Street, 5th Floor
San Francisco, CA 94104-3313
(415) 988-9828
cpeters@altairlaw.us

Joseph S. May   SBN 245924
Has S. Jawandha   SBN 322005
LAW OFFICE OF JOSEPH S. MAY
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel:  (415) 781-3333
Fax:  (415) 707-6600
joseph@josephmaylaw.com

Attorneys for Plaintiff J.H., a Minor,
through his Guardian ad Litem, Joan Tillman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J.H., a minor, through his Guardian ad Litem, JOAN TILLMAN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO; AYSE DOGAN; JULIE BERKOVATZ; TAMIKA DAWSON; and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO. 20-CV-00961-VC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND THE DEADLINE FOR DEFENDANTS TO FILE THEIR RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Action Filed:  February 7, 2020<br>Trial Date:      TBD |

Plaintiff J.H. ("Plaintiff") and Defendants COUNTY OF SAN MATEO, AYSE DOGAN, and JULIE BERKOVATZ ("Defendants") hereby stipulate, by and through their counsel, to extend the deadline by two weeks for Defendants to file their responsive pleading to Plaintiff's Second Amended Complaint which, following the court's ruling on Defendants' motion to

1

1  dismiss Plaintiff's First Amended Complaint (ECF-33), is required to be filed by December 7,
2  2020. As such, Defendants' responsive pleading to Plaintiff's Second Amended Complaint is
3  due no later than January 11, 2021.
4      Plaintiff and Defendants further hereby stipulate to continue the initial Case Management
5  Conference currently set for October 20, 2020 at 10:00 a.m. to a date following Defendants'
6  filing of their responsive pleading or after January 11, 2021 given that the case is not at issue and
7  it is unclear at this time how or to what extent Plaintiff may amend its complaint. Plaintiff and
8  Defendants have made repeated attempts to contact defendant Dawson's counsel via email and
9  telephone but as of this date, Dawson's counsel has not responded. Additionally, the court's
10 reference during the October 8, 2020 hearing to the possibility of staying the civil case while the
11 underlying criminal case against defendant Dawson is pending further supports a continuance of
12 the initial Case Management Conference.
13
14 **IT IS SO STIPULATED**.
15 Dated: October 13, 2020      ALTAIR LAW
   and
16 LAW OFFICE OF JOSEPH S. MAY
17
18 */s/ Joseph S. May*
   By: JOSEPH S. MAY
19 Attorneys for Plaintiff J.H.
20
21 Dated: October 13, 2020      JOHN C. BEIERS, COUNTY COUNSEL
22 */s/ Joseph F. Charles*
   By: JOSEPH F. CHARLES and
23 KIMBERLY A. MARLOW
   Attorneys for Defendants County of San
24 Mateo, Dogan, and Berkovatz
25
26 ///
27 ///
28 ///

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and for good cause shown, the Court hereby continues the deadline for the filing of Defendants' responsive pleading to Plaintiff's Second Amended Complaint to no later than January 11, 2021.

The Court also continues the Initial Case Management Conference from October 20, 2020 to March 3, 2021.

**IT IS SO ORDERED**.

DATED: October 14, 2020



HON. ____
United States District Judge