UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. H.,<br><br>      Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>      Defendants. | Case No. 20-cv-00961-VC<br><br>**ORDER TO SHOW CAUSE AS TO WHY DAWSON'S COUNSEL SHOULD NOT BE SANCTIONED** |

Counsel for defendant Tamika Dawson is ordered to show cause why they should not be sanctioned for failing to appear at any of the status conferences. The response to this order is due by 5 p.m. on Friday, May 14. A hearing on the order to show cause is scheduled for Wednesday, May 26 at 2 p.m.

**IT IS SO ORDERED.**

Dated: May 12, 2021

_____
VINCE CHHABRIA
United States District Judge