MICHAEL E. ADAMS (SBN: 47278)
LAW OFFICES OF MICHAEL E. ADAMS
600 Allerton Street, Suite 200
Redwood City, CA 94063
Telephone: (650) 599-9463
Fax: (650) 599-9785

Attorney for Defendant
TAMIKA DAWSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.H., a minor, through his Guardian ad Litem, JOAN TILLMAN<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO; AYSE DOGAN; JULIE BERKOVATZ; TAMIKA DAWSON; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 20-cv-00961-VC<br><br>**DEFENDANT TAMIKA DAWSON'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO COUNTY DEFENDANTS' MOTION TO BIFURCATE TRIAL**<br><br>DATE: June 4, 2026<br>TIME: 10:00 a.m.<br>COURTROOM: 4 (17th Floor)<br>JUDGE: Hon. Vince Chhabria<br><br>Action Filed: 02/07/2020<br>Trial Date: 2/2/2026 |

## I. INTRODUCTION

The County Defendants' motion to bifurcate the trial into separate liability and damages phases is flawed because it overlooks that Defendant Tamika Dawson ("Dawson") intends to present the causation defense at trial that J.H.'s involved severe injuries resulted from his accidental fall off the bed where he was napping, and not from

any intentional abuse by Dawson. In support of this defense, Dawson will present the testimony of a biomechanical expert that J.H.'s injuries are entirely consistent with a such an accidental fall. Attached as Exhibit 1 is the written report by said expert that Dawson timely disclosed herein. As to the treating doctors that the prosecution presented in Dawson's criminal trial, the undersigned noticed and took their depositions herein last December, and plans to demonstrate by cross-examining them at trial (when Plaintiff calls the treating doctors in the attempt to prove causation) that the opinion of Dawson's biomechanical expert is more credible than the conclusory opinions of said treating doctors.

A common ground of the testimony by Dawson's biomechanical expert and the testimony by Plaintiff's treating doctors is that all the testimony concerns whether inferences reasonably drawn from J.H.'s injuries are consistent or inconsistent with Dawson's report that J.H. had accidentally fallen from the bed. Hence, evidence of the injuries must be examined by experts on both sides to address the issue of causation which is pivotal in Plaintiff's attempt to prove that *any* defendants, including Dawson as well as the County Defendants, are liable for J.H.'s injuries. Consequently, the trial bifurcation sought by the County Defendant cannot tenably succeed in removing the evidence of J.H.'s injuries from the liability issues herein in order to confine that evidence to a subsequent damages phase of the trial.

A fundamental error of the County Defendants in bringing the bifurcation motion is their assumption that the criminal jury verdict rendered last year against Dawson has the finality of res judicata and/or collaterally estops Dawson from disputing causation in the upcoming civil trial herein. To the contrary, as pointed out hereinbelow, the criminal verdict and ensuing sentencing will not become final unless or until Dawson's pending criminal appeal therefrom is denied. The court herein so ruled on 12/11/2025 in denying Plaintiff's motion to exclude any evidence contrary to the criminal jury's finding last year that Dawson was guilty of child abuse.

LAW OFFICES OF
MICHAEL E. ADAMS
600 ALLERTON ST., SUITE 200
REDWOOD CITY CA 94063
(650) 599-9463

For the foregoing reasons, Dawson largely concurs with Plaintiff's opposition to the motion to bifurcate.

## II. GIVEN HER PENDING APPEAL THEREFROM, THE CRIMINAL CONVICTION OF DAWSON HAS NOT ACHIEVED FINALITY

As Dawson pointed out in opposing Plaintiff's motion which this court heard and denied on 12/11/2025, the approach taken by federal courts when, as herein, the issue is whether or when to give preclusive effect to state courts judgments, is driven by the requirement that federal courts give "full faith and credit" to the involved state court judgments, which entails deferring to the rules of the rendering state for defining whether and under what circumstances the state judgment is to be given preclusive effect. Accord: Haphey v. Linn County (9th Circuit. 1991) 924 F.2d 1512, Gonzalez v. Santa Clara County (ND Ca 2025) 767 F.Supp 941.

California state court judgments are not given preclusive effect until either exhaustion of direct appeal therefrom, or the time for appeal has expired. Accord: Key v. City of Rancho Palos Verdes (9th Cir. 2007) 504 F.3d 803, 808, Gonzalez v. Santa Clara County, supra. Herein, following her criminal conviction and sentencing on 11/14/2025 by the San Mateo County Superior Court (Case No. 20-SF-00197), Dawson timely filed a notice of appeal therefrom on 12/5/2025, and the appeal is now pending in the California Court of Appeals, First Appellate District (Case No. A175006). Dawson requests this court to take judicial notice of the pendency of her criminal appeal.

## III. CONCLUSION

For the foregoing reasons, the County Defendants' motion to bifurcate should be denied.

/ / /

/ / /

LAW OFFICES OF
MICHAEL E. ADAMS
600 ALLERTON ST., SUITE 200
REDWOOD CITY CA 94063
(650) 599-9463

DATED: April 24, 2024

MICHAEL E. ADAMS
Attorney for Defendant
TAMIKA DAWSON

LAW OFFICES OF
MICHAEL E. ADAMS
600 ALLERTON ST., SUITE 200
REDWOOD CITY CA 94063
(650) 599-9463

# EXHIBIT 1

LAW OFFICES OF
MICHAEL E. ADAMS
600 ALLERTON ST., SUITE 200
REDWOOD CITY CA 94063
(650) 599-9463

# Expert Report of Jonathan S. Lee-Confer, Ph.D.

| | |
|---|---|
| Case: | J.H., a minor, through his Guardian ad Litem, JOAN TILLMAN vs. COUNTY OF SAN MATEO, AYSE DOGAN, JULIE BERKOVATZ, and TAMIKA DAWSON |
| Court Case: | United States District Court, Northern District of California, No. 20-cv-00961-VC |
| Prepared for: | Michael Adams |
| Report Date: | October 22, 2025 |
| Prepared by: | Jonathan S. Lee-Confer, PhD |

## Contents

**Assignment** .......... 3
**Summary of Opinions** .......... 3
**Qualifications** .......... 4
**Documents Reviewed** .......... 7
**Incident** .......... 7
**J.H.'s Liver Laceration is from a Fall, not Blunt Impact** .......... 8
**Falls from Low Heights are Known to Cause Subdural Hematomas and Retinal Hemorrhages** .......... 10
**Low-height Falls Can Produce High Accelerations that Mimic Abusive Head Trauma** .......... 16
**Arm Movements Would Not Attenuate the Impact of J.H.'s Head** .......... 18
**Conclusions** .......... 20
**References** .......... 21

## Table of Figures

Figure 1. A time-series of chronological photographs from (1) to (5) from left to right, exhibiting the progression of an 8-month old's fall off a 26 cm (10.2 inch) high couch that caused subdural hematomas and retinal hemorrhaging in all quadrants.......... 11
Figure 2. A photograph depicting the 25.6 total height an 8-month-old fell to cause a subdural hematoma and bilateral retinal hemorrhaging. .......... 11
Figure 3. A photograph of where J.H. fell, showing the falling distance from the bed height to the floor being 29 inches. This fall distance does not include J.H.'s 30 inch height if he were standing or walking and falling off the bed. .......... 12
Figure 4. A depiction of the methodology used by the CDC to investigate head angular velocities during falls from 1, 2 and 3 feet. The model was dropped linearly with the orientation shown in Figure 4A. .......... 17
Figure 5. A photograph of the bed that J.H. fell from, and a stick figure indicating his position when Ms. Dawson found him.......... 18

1. My name is Dr. Jonathan Lee-Confer. I am the owner of Verum Biomechanics, LLC. I have expertise in human movement and the body responses to slip and trip accidents, motor vehicle incidents, injury causation, and premises liability. My business address is 3661 N Campbell Avenue, Suite 242, Tucson, Arizona 85716. Verum Biomechanics, LLC is a firm providing expert biomechanical consulting.

**Assignment**

2. I and Verum Biomechanics have been retained by Matthew Siroka, counsel for the Defendant, to review and evaluate the biomechanics of Mr. J.H. and determine the etiology of his sustained injuries.

**Summary of Opinions**

3. My overall opinion of this matter is that J.H.'s (1) subdural hematoma, (2) retinal hemorrhages, and (3) grade 1 liver laceration all stem from falling off of a bed. These opinions are supported by research exhibiting case studies of infants of similar age to J.H. experiencing a low-height fall and succumbing to these three same injuries, corroborated with eye witness accounts or video surveillance footage. Mathematical models also support these injuries stemming from low-height falls. Furthermore, Dr. Daldrup-Link's opinions on arm movements attenuating forces from an approximate three-foot fall are unsupported by biomechanical concepts. Dr Tayama's claim that blunt force is the cause of liver lacerations is not supported by the scientific research

either, as physical blunt trauma accounts for 2-3% of liver lacerations compared to 29% of liver lacerations attributed to falls from heights

**Qualifications**

4. I am qualified to conduct this type of analysis as I hold a Ph.D., Master's and Bachelor's degree. I received my Ph.D. in Biomechanics from the University of Southern California in the Department of Biokinesiology & Physical Therapy. I have a Master of Science degree in Biomechanics and Exercise Physiology from the California State University, Sacramento. Lastly, I received my Bachelor of Science degree in Kinesiology from the California State University, Sacramento.
5. I conduct extensive research in quantifying human movement and balance. Currently, I am an Assistant Professor at the University of Arizona in the Department of Physical Therapy where I conduct research in human movement as it pertains to slips, and how infants experience forces during falls. Previously, I was a visiting scholar in the Department of Structural and Industrial Engineering where I quantified and assessed human balance during obstacle navigation using mobile sensors, also known as inertial measurement units. At the University of Southern California, I conducted research that assessed the biomechanical effects of the arms on human body balance during a slip perturbation and investigated neural mechanisms that detect a slip incident and coordinate movement responses. I led several laboratory studies investigating human movement as it pertains to

biomechanical movement and injuries for other biomechanical consulting firms. I personally conducted hundreds of laboratory-induced pedestrian incidents to investigate the biomechanics of human movement during a walking perturbation. Lastly, I have delivered numerous presentations at national and international conferences regarding the human responses to a slip perturbation. A full list of my publications and research may be found on the attached copy of my current CV.

6. I extensively lectured on topics of human anatomy, physiology, and the biomechanics of movement at the undergraduate through doctoral levels. I am currently an Assistant Professor at the University of Arizona in the Department of Physical Therapy and teach within the Department of Physiology. In this position, I currently teach physical therapy doctoral students concepts of movements and biomechanics of injury. Furthermore, I teach undergraduate Musculoskeletal Kinesiology (PSIO 495T and PSIO 441) and undergraduate and graduate level Biomechanics of Human Movement (PSIO 442/542). I held a position as an adjunct professor at the California State University, Sacramento in the Kinesiology Department, leading lecture and laboratory components for two undergraduate courses: Biomechanics (Kins 151a) and Kinesiology (Kins 151). I was an Adjunct Professor at the Arizona College of Nursing and instructing Foundations of Biology (Bio 189), Anatomy and Physiology I (Bio 201) and Anatomy and Physiology II (Bio 202), and Statistics (PSY 230). I was a graduate teaching assistant at the University of Southern California (USC) in the Biokinesiology & Physical

Therapy Department from 2014-2016 and 2018-2019. At USC, I was the instructor for doctoral level courses: Gross Anatomy (PT 514), Analytical Anatomy (biomechanics section, PT 554) and Orthopedic Pathology (disorders of the musculoskeletal system, PT 566). Finally, I was also a Graduate Teaching Assistant from 2012-2014 at the California State University, Sacramento in the Kinesiology Department for two undergraduate courses: Biomechanics (Kins 151a) and Kinesiology (Kins 151).

7. I have conducted over 100 human cadaveric dissections from skinning down to the musculoskeletal components, vasculatures and organs. Furthermore, bones were manipulated by hand to understand directional forces within the human body and how these forces led to injuries based on movements.

8. With leadership positions, I am currently the Vice Chair of Research for ASTM F13.40 in the F13 Pedestrian/Walkway Safety and Footwear committee, the task force leader of the F1637 standard redesignation into individual standards for walkways, parking lots, mats and runners, and trip hazards, and am also a voting member in the F13 group. Furthermore, I was the Secretary General and Chair of the Education Committee for the Arizona Falls Prevention Coalition. In this position, our organization passed an Arizona Senate Bill SB1373 and I co-created and developed the biomechanical training to be dispersed to all 30,000+ caregivers in Arizona. Furthermore, I am currently a Committee Member of the American Society for Testing and Materials International and the subcommittee F13 Pedestrian/Walkway

Safety and Footwear, a Committee Member on the Arizona Fall Prevention Coalition, a member of the American Society of Biomechanics, and I hold a Certified Exercise Physiologist certification from the American College of Sports Medicine.

9. Verum Biomechanics is compensated for my services at the rate of $600 per hour.

10. I will continue to review materials and documents relevant to this case and reserve the right to supplement this expert report based on any additional work that I may be requested to do.

**Documents Reviewed**

11. As of date, I have reviewed:

    a. Medical Records of J.H.
    b. Examination of Tamiko Johnson
    c. Examination of Heike Daldrup-Link
    d. Examination of James Wall
    e. Examination of Tricia Tayama
    f. Photographs

**Incident**

12. J.H. was in the foster care of Ms. Dawson, and J.H. was presented to the hospital on 5 January 2019 at approximately 7:00pm. J.H. presented with mild developmental delay. Ms. Dawson was outside of the bedroom with J.H. on

the bed when she heard a loud thump and went to the room. Ms. Dawson saw J.H. on the ground after falling from the top of the bed.

13. Upon evaluation in the emergency department J.H. had mixed density subdural hematoma, a grade one liver laceration and retinal hemorrhages.

**J.H.'s Liver Laceration is from a Fall, not Blunt Trauma**

14. A computed tomography (CT) scan conducted on January 7, 2019, revealed that J.H. sustained a Grade 1 liver laceration (Extracted Records, pp.4).

15. A Grade 1 liver laceration represents the mildest form of hepatic injury (p. 832, lines 1–2). According to Dr. Tayama, such injuries typically result from blunt trauma, but she specifically focused on a form of blunt trauma, namely a stabbing or a direct force localized to the abdomen region (13RT 832-833). However, Dr. Tayama's idea of direct blunt force trauma fails to consider forces from falls that are more likely to induce liver lacerations. An infant experiencing a fall can produce the necessary blunt impact for liver lacerations via inertial forces.

16. While isolated liver lacerations are often considered rare and typically attributed to direct blunt force trauma to the abdomen (13RT 832-833), epidemiological data indicate a broader range of mechanisms. A study examining pediatric patients aged 1 to 17 years (mean age: 8 years) reported that 37% of liver lacerations resulted from pedestrian traffic accidents, 29% from falls from height, 15% from passenger motor vehicle collisions, 15% from bicycle accidents, and 4% from falling objects [1]. Notably, due to blunt trauma from the surface struck at the end of the fall, falls from height

accounted for nearly one-third of all cases, making it the second most common cause of liver lacerations in this young population.

17. Furthermore, the study reported that in 62% of cases, the liver was the sole organ injured [1], indicating that the majority of liver lacerations occur in isolation without concurrent injury to other organs such as the kidneys, spleen, pancreas, or extremities. This is consistent with J.H.'s case.

18. Although Dr. Tayama asserted that liver lacerations result from direct blunt trauma to the abdomen, research indicates that liver injuries occur in only 2–3% of all blunt abdominal trauma cases [1]. Therefore, J.H.'s liver laceration is more plausibly attributed to a fall from the bed rather than a direct blow to the abdomen, as liver lacerations are 867% more likely to result from falls than from direct impact trauma.

19. A liver laceration from a fall makes intuitive sense when you compare a fall from 3 feet to that of a person experiencing whiplash in a vehicular incident. Imagine a person seated in a vehicle at a stoplight getting rear-ended. The car moves forward initially, while the person's body is at rest. Then the body moves forward as it has contact with the vehicle and the head remains at rest. As the body moves forward, the head remains stationary and rotates backwards as the body pulls on the head. This is due to Newton's first law, that objects tend to stay at rest when they are at rest.

20. Similarly, a child's body begins to fall from the height of a bed and moves down towards the ground. The body's downward velocity reaches zero rapidly when the body impacts the ground, however internal organs still have

inertia and kinetic energy. The liver is one of the largest organs in the body and is subjected to higher forces that may stress the ligaments like the falciform ligament. The high inertial forces of the body stopping, with the liver tending to continue to move can cause liver lacerations. This is the most likely reason why J.H. exhibited a small grade 1 liver laceration, not from blunt impact, but from a fall, which also coincides with their being no external bruising on the skin below the ribs (Extracted Report, p.5).

**Falls from Low Heights are Known to Cause Subdural Hematomas and Retinal Hemorrhages**

21. J.H. is reported to have fallen from a bed approximately 29 inches in height onto a hard floor covered by a thin layer of carpet. Dr. Tayama acknowledged awareness of the bed height but asserted that no plausible fall scenario from this elevation could account for the injuries J.H. sustained.
22. Emerging research increasingly demonstrates that low-height falls, such as those from beds, couches, or similar household surfaces, can directly result in subdural hematomas and retinal hemorrhages in infants, and even fatalities.
23. With the increasing prevalence of in-home surveillance technology, documented cases of low-height falls in infants have become more accessible for analysis. In one such case, a healthy 8-month-old infant was recorded falling from a couch measuring 26 cm (10.2 inches) in height (Figure *1*) [2]. The total potential fall distance, from the floor to the top of the infant's head, was estimated at approximately 65 cm (Figure *2*, 25.6 inches). Despite the

relatively short fall, the infant sustained bilateral subdural hematomas and exhibited numerous retinal hemorrhages in both eyes, spanning all quadrants. The video of this incident is available as supplemental material for reference.




Figure 1. A time-series of chronological photographs from (1) to (5) from left to right, exhibiting the progression of an 8-month old's fall off a 26 cm (10.2 inch) high couch that caused subdural hematomas and retinal hemorrhaging in all quadrants.




Figure 2. A photograph depicting the 25.6 total height an 8-month-old fell to cause a subdural hematoma and bilateral retinal hemorrhaging.




Figure 3. A photograph of where J.H. fell, showing the falling distance from the bed height to the floor being 29 inches. This fall distance does not include J.H.'s 30 inch height if he were standing or walking and falling off the bed.

24. In the referenced case report, the child, along with two siblings, was initially removed from parental custody following the assessment of a child abuse pediatrician, who concluded that the injuries were indicative of abusive head trauma. However, subsequent investigation determined that the documented fall was the actual cause of the subdural and retinal hemorrhages. As a result, no charges were filed, and the children were ultimately returned to their family.

25. J.H. fell from a bed measuring 29 inches in height (Figure *3*), substantially higher than the 10.2-inch couch described in the previously cited case report, which resulted in subdural hematomas and retinal hemorrhages across all quadrants. Additionally, J.H. was 18 months old at the time of the incident and

was ambulatory (walking), compared to the 8-month-old infant in the case report. Given J.H.'s greater height and mass, the resulting fall would have involved greater rotational behavior of the head and greater biomechanical forces upon impact, particularly to the head. Furthermore, the forces would be significantly greater on J.H.'s head had J.H. been standing or walking and then falling off the bed compared to just sitting or rolling off the bed. Therefore, it is more likely than not that J.H.'s injuries were caused by the fall itself rather than by inflicted blunt force trauma, as the forces involved in his case would have exceeded those documented in the confirmed accidental case.

26. In a separate research study [3], multiple instances were documented in which short falls resulted in subdural hematomas and retinal hemorrhages. Notably, of the six children who underwent ophthalmologic examination, four (66.7%) presented with retinal hemorrhages attributable to the fall. The specifics of relevant cases are outlined in the following paragraphs.

27. In one documented case, a 23-month-old child was recorded falling headfirst from a height of 28 inches while climbing a ladder. The child impacted a surface consisting of a 3/8-inch plush carpet over a concrete floor. Despite extending her arms in an apparent attempt to break the fall, she cried immediately and began vomiting within five minutes. Computed tomography revealed a large right-sided subdural hematoma, and ophthalmologic examination identified bilateral retinal hemorrhages. The child ultimately succumbed to her injuries. In comparison, J.H. fell from a greater height, at

least 29 inches, onto a similar surface consisting of concrete covered by only a ¼-inch carpet and a 1/16-inch underlayment. Given the greater fall height and thinner surface padding, J.H. would have been subjected to comparable or greater impact forces than the 23-month-old in the case study. While J.H.'s injuries were not fatal, their severity aligns with, and in some aspect exceeds, those observed in the fatal case report.

28. In another case, a 10-year-old child fell from a playground swing from an estimated height of 3 to 5 feet, landing on asphalt and striking the back side of his head. Computed tomography revealed multilayered subdural hematomas, along with preretinal peripheral hemorrhages. Although this scenario differs slightly from J.H.'s fall in terms of surface composition, it remains biomechanically relevant. J.H. fell onto a hard surface covered by a thin carpet and underlayment, materials known to provide minimal impact attenuation. This case further supports the conclusion that short falls onto hard surfaces, even with minimal cushioning, are capable of producing subdural hematomas and retinal hemorrhages.

29. Lastly in another case report, a 26-month-old child fell from a height of approximately 3 to 6 feet, striking his head on hard-packed soil. The fall resulted in bilateral retinal hemorrhages and a subdural hematoma. Similarly, J.H. experienced a fall from an estimated height of 2.5 to 5 feet onto a hard surface, which also led to bilateral retinal hemorrhages and a subdural hematoma with multilayered associated cerebral edema. The comparable injury patterns between these cases further support the conclusion that falls

from low to moderate heights onto firm surfaces can produce significant intracranial and ocular trauma.

30. Mathematical modeling applied to a 6-month-old infant has demonstrated that a fall from a height of 30 inches can generate angular head velocities of approximately 83 radians per second [4]. Experimental studies involving infant porcine models have shown that angular head velocities of 94 radians per second are associated with a 50% probability of producing a subdural hematoma. Given that J.H. was 18 months old at the time of the incident, and was older, taller, and heavier than a 6-month-old, his fall from a similar or greater height would have likely produced even higher angular velocities. Accordingly, the likelihood of J.H. sustaining a subdural hematoma from the documented fall exceeds the 50% injury threshold observed in biomechanical animal models.

31. All of these case studies undermine Dr. Tayama's opinions that a retinal hemorrhage is highly concerning because they cannot occur from a minor fall and that subdural hematomas are suspicious for abuse. (13RT 780).

32. The current body of evidence clearly demonstrates that low-height falls onto hard surfaces, often captured by surveillance footage or corroborated by witnesses, can and do result in multilayered subdural hematomas and all quadrant retinal hemorrhages in infants and children. In several documented cases, such injuries have proven fatal. J.H.'s fall scenario is consistent with these documented incidents, and the biomechanical forces involved were sufficient to produce the injuries he sustained. These findings stand in direct

contrast to assertions made by the pediatricians who testified for the prosecution, whose clinical impressions may not fully reflect the breadth of peer-reviewed research and case reports documenting serious injuries from low-level falls.

**Low-height Falls Can Produce High Accelerations that Mimic Abusive Head Trauma**

33. Dr. Daldrup-Link stated that subdural hemorrhages are observed from accelerations, and notes that she sees it specifically in abusive head trauma (13RT 827). Furthermore, she describes acceleration as moving a child's head back and forth quickly, and asserted that such movement does not occur in falls on hard surfaces with no fractures (13RT 828.
34. I can confirm that subdural hemorrhages do require high head accelerations, however, based on the scientific literature, I disagree with Dr. Daldrup-Link's analysis that falls cannot cause high accelerations. Furthermore, it is unclear if Dr. Daldrup-Link is differentiating linear accelerations from angular accelerations. Her opinion is understandable, but incorrect for the following reasons.
35. Falls can be differentiated into linear or angular impacts. For example, I am holding a child, and then I accidentally drop the child, and the child drops straight down to the ground. This example would be classified as a linear fall as everything is moving straight (linear) down.
36. A child can fall with forward, backward, or sideways rotation when falling and cause the entire body to rotate at impact with the ground, thus causing an

angular impact. The angular impact of a child's head is what needs to be studied and investigated when assessing falls' impact on causing high accelerations in the head. What causes retinal hemorrhages and subdural hematomas are high angular accelerations.

37. Work conducted by the CDC on the angular velocity and angular acceleration during the head of infants at impact from falls of 1, 2, and 3 feet showed that angular velocities do not reach the threshold to cause subdural hematomas and retinal hemorrhages [5]. In this particular study, infant head accelerations reached 30 rad/s which was not enough to cause retinal hemorrhages which require 94 rad/s. However, analysis of their methodology shows that they held the model at 20 degrees, with the head oriented downwards, and dropped the child straight down (Figure *4*). This is a linear fall and does not always represent real-world scenarios.




Figure 4. A depiction of the methodology used by the CDC to investigate head angular velocities during falls from 1, 2 and 3 feet. The model was dropped linearly with the orientation shown in Figure 4A.

38. The lack of scientific research studies recreating scenarios that mimic real-life head angular velocities and accelerations during falls is why many experts believe falls cannot cause subdural hematomas and retinal hemorrhages. This is why we must rely on case studies and confirmed video footage that show

low-height falls, when coupled with angular behavior, do cause subdural hematomas and retinal hemorrhages.

39. Ms. Dawson drew the position of J.H. when he was found face down on the ground after falling off the bed (Figure *5*).



Figure 5. A photograph of the bed that J.H. fell from, and a stick figure indicating his position when Ms. Dawson found him.

40. Based on Figure *5*, J.H. most likely fell backwards off of the bed, landed on his buttocks with his body continuing to rotate until his head hit the ground, and rolled once from the fall to rest in a supine position. This type of fall is consistent with the subdural hematoma and the retinal hemorrhages that have been described in his medical records, as well as the case reports of infants with similar falls and injuries.

**Arm Movements Would Not Attenuate the Impact of J.H.'s Head**

41. It was posited by Dr. Daldrup-Link that J.H. had two functioning arms and the reflex would extend the arm and be the first to hit the floor that protects the body from the greatest impact (13RT 739-740).

42. This assertion from Dr. Daldrup-Link is inaccurate and not based on anything scientific. A fall from 29 inches, a conservative estimate, for a 23-pound old infant, and an impulse time of 16 milliseconds yields a force impact of 2,470 Newtons, and when converted equals 555 pounds. It is not feasible for an 18-month-old to attenuate 555 pounds force with their arms when infants can barely even use their arms to attenuate falls from standing heights.

43. Lastly, it is important to note that Dr. Daldrup-Link is incorrect when she states that arm movements are a reflex. A true reflex has a response time of under 40 milliseconds, or 4% of a second, and does a neural arc from the skin, to the spinal cord, and directly to the muscle to initiate a response without any cortical (brain) involvement.

44. This is an important distinction because Dr. Daldrup-Link states that "reflexes do not depend on what I see. So you imagine you go down the stairs, you stumble, you will react this way no matter if you see something or not." The first portion is true, that reflex does not depend on what you see. Your hand will move away from a hot stove once it touches it within 40 milliseconds as that is a reflex and you don't need to see it is hot. However, arm movements when falling from a height have a copious amount of time in the nervous system to process the environment and move their arms accordingly if they are able to see. For example, people will move both of their arms forwards if

they trip [6]. However, someone experiencing trip-like perturbations on stairs, like Dr. Daldrup-Link's example, with handrails present will move their arms to the handrails because the person can see the handrails [7] and are aware of their existence.

45. As such, the darkness of the room that impeded visual ability may have impacted J.H.'s inability to place arms in a position that could help attenuate some of the forces from the fall. The only way J.H.'s arms would have attenuated the fall is if his arms were the barrier between his head and floor at impact, however this is highly unlikely given the absence of bruises on the arms, nor is bracing one's head a known arm strategy during a fall.

**Conclusions**

46. J.H.'s Grade I liver laceration is most likely attributable to the fall from the bed, as research indicates that liver lacerations are 867% more likely to result from falls than from direct abdominal trauma.
47. J.H.'s subdural hematoma and bilateral retinal hemorrhages are more plausibly explained by the documented fall, given that the biomechanical conditions of his case closely mirror those in multiple published reports of short falls causing similar injuries.
48. The assertion that a short fall could not produce these injuries is not supported by current biomechanical evidence or the growing body of clinical case reports involving low-height, witnessed falls.

49. J.H.'s arms would not have prevented his injuries from a 29-inch minimum fall as it would require 555 pounds of force, which is not feasible for an 18-month-old.

50. Taken together, the clinical findings, fall dynamics, and consistency with peer-reviewed case literature support the conclusion that J.H.'s injuries are consistent with an accidental fall, not inflicted trauma.

**References**

[1] S. Arslan, M. Güzel, C. Turan, S. Doğanay, A. Burak Doğan, A. Aslan, Management and treatment of liver injury in children, Turkish J. Trauma Emerg. Surg. 20 (2014) 45–50. https://doi.org/10.5505/tjtes.2014.58295.

[2] C. Brook, W. Squier, J. Mack, 26 Cm Fall Caught on Video Causing Subdural Hemorrhages and Extensive Retinal Hemorrhages in an 8-Month-Old Infant, Clin. Case Reports. 12 (2024) 1–5. https://doi.org/10.1002/ccr3.9105.

[3] J. Plunkett, Fatal pediatric head injuries caused by short-distance falls., Am. J. Forensic Med. Pathol. Off. Publ. Natl. Assoc. Med. Exam. 22 (2001) 334–336. https://doi.org/10.1097/00000433-200109000-00029.

[4] R.J. Reimann, Fundamental Limits of Shaking a Baby, J. Forensic Sci. 63 (2018) 1864–1866. https://doi.org/10.1111/1556-4029.13777.

[5] S. Sullivan, B. Coats, S.S. Margulies, Biofidelic neck influences head kinematics of parietal and occipital impacts following short falls in infants, Accid. Anal. Prev. 82 (2015) 143–153. https://doi.org/10.1016/j.aap.2015.05.020.

[6] M. Pijnappels, I. Kingma, D. Wezenberg, G. Reurink, J.H. Van Dieën, Armed against falls: The contribution of arm movements to balance recovery after tripping, Exp. Brain Res. 201 (2010) 689–699. https://doi.org/10.1007/s00221-009-2088-7.

[7] B.E. Maki, S.D. Perry, W.E. McIlroy, Efficacy of handrails in preventing stairway falls: A new experimental approach, Saf. Sci. 28 (1998) 189–206. https://doi.org/10.1016/S0925-7535(98)80008-8.

51. The opinions within this report may be modified should additional information become available.
52. I declare that the information I wrote in this report is to a reasonable degree of scientific certainty and will testify as a witness if requested.

Dated: October 22, 2025



Jonathan S. Lee-Confer, PhD

# CURRICULUM VITAE

**Jonathan S. Lee-Confer, Ph.D.**

September 2025

## I. BIOGRAPHICAL INFORMATION

### PERSONAL INFORMATION:


| | |
|---|---|
| Institutional Address: | **University of Arizona**<br>1670 E. Drachman St., 920C<br>Tucson, AZ 85719 |
| Telephone: | (520) 626-6117 |
| E-mail: | leeconfer@arizona.edu |
| ORCiD: | 0000-0002-2112-9802 |
| Company Address: | **Verum Biomechanics**<br>3661 N. Campbell Avenue<br>Tucson, AZ 85719 |
| Telephone: | (520) 820-7082 |
| E-mail: | jonathan@verumbiomech.com |


### EDUCATION AND PROFESSIONAL APPOINTMENTS

**EDUCATION:**

2021 **Ph.D.**
*University of Southern California*, Los Angeles, CA
Department of Biokinesiology (Advisor: Dr. Christopher M. Powers)
Dissertation Title – The Biomechanical Role of the Upper Extremities During the Recovery of a Slip Perturbation
Funding: American Society of Testing and Materials

2014 **M.S.**
*California State University, Sacramento*, Sacramento, CA
Department of Kinesiology (Advisor: Dr. Rodney Imamura)
Thesis Title – Biomechanical Gait Assessment of an Individual with FXTAS: A Case Study

2011 **B.S.**
*California State University, Sacramento*, Sacramento, CA
Department of Kinesiology

**CERTIFICATIONS:**

| | |
|---|---|
| Exp. 11/2027 | **Institutional Review Board Members**<br>*CITI Program* |
| Exp. 11/2027 | **Social-Behavioral-Education (SBE) Comprehensive**<br>*CITI Program* |
| Exp. 03/2026 | **Information Privacy & Security (IPS)**<br>*CITI Program* |
| Exp. 12/2026 | **Certified Exercise Physiologist**<br>*American College of Sports Medicine* |
| Exp. N/A | **Occupational Safety and Health Administration 30 General**<br>*United States Department of Labor* |

**ACADEMIC APPOINTMENTS:**

| | |
|---|---|
| 2023-present | **Assistant Professor**<br>Department of Physical Therapy<br>*University of Arizona*, Tucson, AZ |
| 2023 | **Adjunct Professor**<br>Department of General Education<br>*Arizona College of Nursing*, Tucson, AZ |
| 2020-2022 | **Adjunct Professor**<br>Department of Kinesiology<br>College of Health & Human Services<br>*California State University, Sacramento*, Sacramento, CA |
| 2021-2023 | **Full-time Faculty**<br>Department of General Education<br>*Arizona College of Nursing*, Tucson, AZ |
| 2020-2021 | **Adjunct Faculty**<br>Department of General Education<br>*Arizona College of Nursing*, Tucson, AZ |
| 2020-2021 | **Visiting Scholar**<br>Department of Systems & Industrial Engineering<br>*University of Arizona*, Tucson, AZ |

2018-2019 **Graduate Teaching Assistant**
Division of Biokinesiology & Physical Therapy
*University of Southern California*, Los Angeles, CA

2016-2018 **Graduate Research Assistant**
Division of Biokinesiology & Physical Therapy
*University of Southern California*, Los Angeles, CA

2017 **Lecturer**
Division of Biokinesiology & Physical Therapy
Division of Occupational Science and Occupational Therapy
*University of Southern California*, Los Angeles, CA

2016 **Lecturer**
Division of Biokinesiology & Physical Therapy
Apple Sports College of Japan
*University of Southern California*, Los Angeles, CA

2014-2016 **Graduate Teaching Assistant**
Division of Biokinesiology & Physical Therapy
*University of Southern California*, Los Angeles, CA

2013-2014 **Graduate Research Assistant**
Department of Kinesiology
*California State University, Sacramento*, Sacramento, CA

2012-2014 **Graduate Teaching Assistant**
Department of Kinesiology
*California State University, Sacramento*, Sacramento, CA

2009-2011 **Adjunct Instructor**
Peer and Academic Resource Center
*California State University, Sacramento*, Sacramento, CA

**NON-ACADEMIC APPOINTMENTS:**

2020-present **Founder and Director of Biomechanics**
*Verum Biomechanics*, Tucson, AZ

2015-2019 **Biomechanical Analyst**
*University of Southern California*, Los Angeles, CA

2017-2018 **Biomechanical Consultant**
*Semper Scientific*, Mission Viejo, CA

2012-2013 **Patient Services Representative**
*Sutter Hospital*, Outpatient Physical Therapy, Sacramento, CA

| | |
|---|---|
| 2011-2012 | **Rehabilitation Technician**<br>*Kindred Hospital*, Richmond, VA |
| 2009-2011 | **Rehabilitation Technician**<br>*Asian Community Center Nursing Home*, Sacramento, CA |
| 2007-2008 | **Evidence Processor - Intern**<br>Law Practice and Support Division<br>*California Office of the Attorney General* |
| 2006-2007 | **Coordinator - Intern**<br>Conference of Western Attorneys General<br>*California Office of the Attorney General* |

**HONORS, AWARDS, FELLOWSHIPS:**

| | |
|---|---|
| 2022 | Received the Research & Science Award from the Arizona Falls Prevention Coalition |
| 2021 | Received the Peak Performer Award from the Arizona College of Nursing |
| 2006 | Received the Certificate of Academic Achievement from the Dominican University in San Rafael, CA |

**MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS:**

| | |
|---|---|
| 2020-present | American Society of Testing and Materials |
| 2020-present | ASTM Subcommittee F13 Pedestrian/Walkway Safety & Footwear |
| 2020-present | Arizona Falls Prevention Coalition |
| 2014-present | American Society of Biomechanics |
| 2019-present | International Society of Biomechanics |
| 2024-present | Society for Neuroscience |
| 2018-2019 | Neural Control of Movement Society |
| 2014-2015 | American College of Sports Medicine |

| | |
|---|---|
| 2016-2017 | European Society of Biomechanics |
| 2014-2015 | Biomedical Engineering Society |

## II. ADMINISTRATIVE AND SERVICE ACTIVITIES

**UNIVERSITY AND ORGANIZATIONAL SERVICE:**

**CITY OF TUCSON**

| | |
|---|---|
| 2024-present | Commissioner on Disability Issues<br>Vice-Mayor Appointed, Ward 3 |
| 2025-present | Vice Chair for Commission on Disability Issues |

**ARIZONA FALLS PREVENTION COALITION:**

| | |
|---|---|
| 2021-2024 | Secretary General |
| 2021-2024 | Chair of the Education Committee |
| 2020-present | Committee Member |

**ARIZONA COLLEGE OF NURSING:**

| | |
|---|---|
| 2021-2023 | Member Curriculum Committee Meeting |
| 2021-2023 | Subject Matter Expert for Fundamentals of Biology |
| 2023 | Institutional Review Board - Member |

**AMERICAN SOCIETY OF TESTING AND MATERIALS:**

| | |
|---|---|
| 2024-present | Vice Chair of Research for the F13.40 Subcommittee for Pedestrian/Walkway Safety and Footwear |
| 2020-present | Committee Member – Voting member |
| 2020-present | Committee Member on F13 Subcommittee for Pedestrian/Walkway Safety and Footwear |

**UNIVERSITY OF ARIZONA:**

| | |
|---|---|
| 2023-present | Club Advisor for the Physical, Occupational, and Speech Therapy (P.O.S.T.) Association |
| 2023-present | Search Committee for the College of Health Sciences |
| 2021-present | Biomechanics Representative for the Doctoral of Physical Therapy Program Curriculum Focus Group |

**UNIVERSITY OF SOUTHERN CALIFORNIA:**

| | |
|---|---|
| 2018-2019 | Organizer, National Biomechanics Day |
| 2017-2018 | Student Elect – Biomechanics Representative |

**AMERICAN SOCIETY OF BIOMECHANICS**

| | |
|---|---|
| 2025 | Moderator – Locomotion: Trunk and Arms Section |

**TASK FORCE COMMITEES:**

| | |
|---|---|
| 2024-current | ASTM F-1637-21 Task Force – As leader/chair of this task force, I facilitate monthly meetings with 18 individuals to break apart standard F1637 into new standards that are specific and smaller with the goal of getting the new standards adopted by federal agencies. |
| 2023 | ASTM F15.03 Task Force – develop methodologies for measuring the slip resistance of bathtubs with the US Consumer Product Safety Commission. This involves testing methods with the KSS Wessex Pendulum Tribometer and the Mark IIIb tribometer. |
| 2023-present | Development of a new ASTM subcommittee within the ASTM subcommittee that will be designed for outreach to governmental agencies to adopt and codify ASTM standards. |
| 2021-present | Arizona Senate Bill SB 1373 Task Force – Implement Senate Bill 1373 into educational practice. Managed educational content for health care facilities to distribute to all ~30,000+ Arizona care givers. |
| 2016-2020 | ASTM F2508-16e Task Force - developed new methodologies for revamping the original F2508 standard, searched and piloted new tiles (E, F, G, & H) to replace original tiles (A, B, C, & D), collect, sort and process |

| | |
|---|---|
| | data. This research is was officially passed in voting ballots to become the standard in January 2024. |

**PROFESSIONAL ACTIVITIES:**

| | |
|---|---|
| 2024 | **Lee-Confer, J.S.** (2024). "Selecting the Right Biomechanical Expert: A Lawyer's Guide." *2024 State Bar of Arizona Expert Witness Guide Magazine*. |

**COMMUNITY SERVICE ACTIVITIES:**

| | |
|---|---|
| 2016, 2020-2022 | Crafted handwritten post cards and mailed them to individuals who were unsure of whether they would vote in the elections. Conducted phone calls from a phone bank to encourage individuals to exercise their right to vote. |
| 2019 | Coordinated and hosted a group of 34 students from diverse background from Miramar Campus High School to participate in National Biomechanics Day and gain hands-on experience with scientific tools related to their high-school course work. |
| 2018 | Organized the division-wide participation and engagement support for the annual Swim with Mike event hosted by the University of Southern California. |
| 2017, 2018 | Hosted summer sessions to provide engaging lectures with high school students and allow them to learn and use biomechanical instrumentation. |
| 2014 | Volunteered at the Special Olympics Southern California Plane Pull. |
| 2008-2010 | Served as summer Camp Counselor for elementary school children afflicted with Type 1 diabetes with the Kaiser Permanente Hospital. |
| 2008-2011 | Served as volunteer pianist at the Asian Community Center Nursing Home. |

**EDITORIAL ACTIVITIES:**

**SCIENTIFIC REVIEW FOR JOURNALS:**

| | |
|---|---|
| 2025-present | Gerontology |
| 2025-present | Journal of Applied Biomechanics |

| | |
|---|---|
| 2024-present | Clinical Interventions in Aging |
| 2024-present | Frontiers of Public Health |
| 2024-present | Journal of Aging and Physical Therapy |
| 2024-present | Royal Society Open Science |
| 2024-present | Geriatric Orthopaedic Surgery & Rehabilitation |
| 2024-present | Journal of Geriatric Physical Therapy |
| 2024-present | Journal of Biomechanics |
| 2023-present | Scientific Reports |
| 2022-present | IEEE Transactions on Neural Systems & Rehabilitation Engineering |
| 2021-present | Applied Ergonomics |

## III. SCHOLARLY ACTIVITIES

**PUBLICATIONS:**
**h-index = 5 (Google Scholar)**
**Asterisks indicate direct student mentee.*

**PEER-REVIEWED JOURNAL ARTICLES – ORIGINAL RESEARCH:**

**Lee-Confer, J.S.**, Chen. D.Y.*, & Troy, K.L. (2025) Peak heel acceleration of the slipped foot predicts lateral trunk flexion during a slip incident. Gerontology (In-review 07/2025)

**Lee-Confer, J.,** Baker, D., Hagerman, R., Maltman, N., Kobel, M. & Imamura, R. (2025) Progression of Mediolateral Gait Instability During Tandem Walking in FXTAS: A 1-Year Case Study. *Frontiers in Sports and Active Living* (In-Review 07/2025)

Moore, L., Maltman, N., **Lee-Confer, J.,** & Kobel, M. (2025) Biomarkers of Balance and Gait Deficits in FMR1 Premutation Carriers: A Scoping Review. *Frontiers in Neurology* (Accepted 09/2025)

**Lee-Confer, J.S.** Wayman, L.T.*, & Renner, K.E. (2025) The Role of Brush Type and Sand Additive Layering on the Frictional Properties of Treated Wood Surfaces. *Wood Material Science and Engineering*. (Accepted 08/2025)

**Lee-Confer, J.S.**, Wayman, L.T.*, & Collete, D. (2025) The Effect of Particle Thickness, Particle Type, and Flooring on Tribological Measurements of Coefficient of Friction. *Journal of Forensic Sciences.*
https://doi.org/10.1111/1556-4029.70087
*Journal Impact Factor (2023):* 1.5

Cronen, A., Moriarty, M.*, **Lee-Confer, J.,** & Renner, K. (2025) Validation of a Wireless Device-Driven Method of Estimating Caloric Expenditure during Running. *Sensors.* (In-Review 05/2025)
*Journal Impact Factor (2023): 3.9*

**Lee-Confer, J.S.,** Lo, M.K.* & Troy, K.L. (2025) Age-Related Differences in Arm Acceleration and Center of Mass Control During a Slip Incident. *Scientific Reports*
https://doi.org/10.1038/s41598-025-00412-9
*Journal Impact Factor (2023): 3.8*

**Lee-Confer, J.S.** (2025) The Effect of Wood Chip Surface Depth on Peak Force During Impacts. *Frontiers of Environmental Health*.
https://doi.org/10.3389/fenvh.2025.1557660
*Journal CiteScore: 5.3*

**Lee-Confer, J. S.,** Wayman, L. T.*, & Havens, K. L. (2025). High G-Forces in Unintentionally Improper Infant Handling: Implications for Shaken Baby Syndrome Diagnosis. *Forensic Sciences*, *5*(2), 27.
https://doi.org/10.3390/forensicsci5020027
*Journal CiteScore: 1.7*

**Lee-Confer, J.S.** (2024) Strength in Arms: Empowering Older Adults Against the Risk of Slipping and Falling – A Theoretical Perspective. *Frontiers in Sports and Active Living*, https://doi.org/10.3389/fspor.2024.1371730**.**
*Journal Impact Factor (2022): 2.7*

**Lee-Confer, J.S.**, Wayman, L.T.*, & Collete, D. (2025) The Effect of Particle Thickness, Particle Type, and Flooring on Tribological Measurements of Coefficient of Friction. *engRxiv.*

**Lee-Confer, J.S.**, Wayman, L.T.*, & Havens, K.L. (2024) High G-Forces in Unintentionally Improper Infant Handling: Implications for Shaken Baby Syndrome Diagnosis. *bioRxiv*. https://doi.org/10.1101/2024.10.31.621215

**Lee-Confer, J.S. (2023)** Strength in Arms: Empowering Older Adults Against the Risk of Slipping and Falling. *sportRxiv*.
https://doi.org/10.51224/SRXIV.361

**Lee-Confer, J.S., Lo, M.K.* & Troy, K.L. (2023)** Young adults accelerate their arms significantly faster and earlier than old adults resulting in improved center of mass dynamics during an overground slip perturbation. *bioRxiv*.
https://doi.org/10.1101/2023.12.09.570848

**Lee-Confer, J.S.**, (2023). Overground walking slip perturbations induce frontal plane motion of the trunk indicating that slips are not just a backwards but also a sideways loss of balance. *bioRxiv*.
https://doi.org/10.1101/2023.11.25.568692

**Lee-Confer, J. S.,** Finley, J. M., Kulig, K. & Powers, C. M. (2023). Reactive Responses of the Arms Increase the Margins of Stability and Decrease Center of Mass Dynamics During a Slip Perturbation. *Journal of Biomechanics*, 157, 11737
https://doi.org/10.1016/j.jbiomech.2023.111737
*Journal Impact Factor (2022): 2.779*

Lim, S., Luo, Y., **Lee-Confer, J.,** & D'Souza, C. (2023). Obstacle Clearance Performance in Individuals with High Body Mass Index. *Applied Ergonomics*, 106, 103879
https://doi.org/10.1016/j.apergo.2022.103879
*Journal Impact Factor (2022): 3.940*

**Lee-Confer, J. S.,** Kulig, K., & Powers, C. M. (2022). Constraining the Arms During a Slip Perturbation Results in a Higher Fall Frequency in Young Adults. *Human Movement Science,* 86, 103016
https://doi.org/10.1016/j.humov.2022.103016
*Journal Impact Factor (2022): 2.50*

**Lee-Confer, J. S.,** Bradley, N. S., & Powers, C. M. (2022). Quantification of Reactive Arm Responses to a Slip Perturbation. *Journal of Biomechanics*, 110967.
https://doi.org/10.1016/j.jbiomech.2022.110967
*Journal Impact Factor (2022): 2.779*

Blanchette, M. G., **Lee-Confer, J.**, Brault, J. R., Rutledge, B., Elkin, B. S., & Siegmund, G. P. (2022). Human Slip Assessment of Candidate Reference Surfaces for Walkway Tribometer Validation: An Update to Standard ASTM F2508. *Journal of Testing and Evaluation*, *50*(2). DOI: 10.1520/JTE20210240
*Journal Impact Factor (2022): 1.264*

**PEER-REVIEWED JOURNAL ARTICLES – ORIGINAL RESEARCH (In-Preparation):**

**Lee-Confer, J.S.**, Chen. D.Y.*, & Troy, K.L. (2025) Arm Abduction and Anteroposterior Foot Slip Distance Predict Lateral Center of Mass Displacement During Slip Perturbations in Younger and Older Adults. *Gerontology* (Anticipated Submission Date 07/2025)

**Lee-Confer, J.S.** & Wayman, L.T.* (2025) The Relationship Between Roughness and Coefficient of Friction on Sand Additive Treated Douglas Fir Lumber. *Ergonomics* (Anticipated Submission Date 09/2025)

**Lee-Confer, J.S.,** Finley, J.M., & Powers, C.M. (2025). The effect of arm motion on whole-body angular momentum during a slip perturbation. *Journal of Biomechanics*. (Anticipated Submission Date 10/2025).

**Lee-Confer, J.S.,** Liu, J., Nagamori, A., & Powers, C. (2026). The spinal cord, not the vestibular system, coordinates and initiates compensatory limb responses during slip incidents: Implications from an individual with a unilateral labyrinthectomy compared to healthy controls. *British Medical Journal.* (Anticipated Submission Date 01/2026).

**Lee-Confer, J.S.,** Eichenlaub, E.K., & Franz, J.R. (2026) Arm motion during overground walking slip perturbations involves active muscle control. *Journal of Biomechanics.* (Anticipated Submission Date 02/2026).

**Lee-Confer, J. S.,** Blanchette, M. & Powers, C. M. (2026). Sex-Differences in Friction Demands During Running and Cutting: Implications for Floor Safety Standards for Indoor Sports. *Journal of Testing and Evaluation*. (Anticipated Submission Date 03/2026).

**PEER-REVIEWED INTERNATIONAL CONFERENCE PAPERS:**

**Lee-Confer, J.,** Lee, R.*, & Powers, C. (2022). Trunk Motion within the Frontal Plane is Induced During a Slip Incident. *World Congress of Biomechanics,* Taipei, Taiwan.

**Lee-Confer, J.,** Lee, R.*, & Powers, C. (2022). Arm Motion Decreases Whole-Body Angular Momentum in the Frontal Plane During a Slip Perturbation. *World Congress of Biomechanics*, Taipei, Taiwan.

**Lee-Confer, J.,** Kulig, K., Lo, M.*, & Powers, C. (2022). Arm Movements Reduce Center of Mass Excursion During a Slip Perturbation. *North American Congress on Biomechanics*, Ottawa, Canada.

**Lee, J.,** Asplund, C.*, Vera, L.*, Ruegg, S.*, & Powers, C. (2019). Quantification of Arm Kinematics in Response to a Slip-Induced Perturbation. *International Society of Biomechanics, American Society of Biomechanics,* Calgary, Canada.

**Lee, J.,** Asplund, C.*, Ruegg, S.*, Vera, L.*, & Powers, C. (2019). Are corrective muscle responses during a slip perturbation coordinated by the vestibular system? *Neural Control of Movement Society*, Toyama, Japan.

**Lee, J.,** Dang, K.*, Cohen, A.*, & Powers, C. (2017). A comparison of two methods to assess EMG latencies following a slip perturbation. *European Society of Biomechanics*, Seville, Spain.

**Lee, J.,** Dang, K.*, & Powers, C. (2017). Heel acceleration differentiates fallers from non-fallers following a slip perturbation. *European Society of Biomechanics*, Seville, Spain.

**PEER-REVIEWED NATIONAL & LOCAL CONFERENCE PAPERS AND PRESENTATIONS:**

Wayman, L.T.* & **Lee-Confer, J.S.** (2025) Dry Floor Hazards in the Home: Standardizing Slip Risk Assessment for Safer Mobility. *Combined Section Meeting*. Anaheim, California, United States of America (Submitted 07/2025)

**Lee-Confer, J.S.** Chen, D.Y., & Troy, K.L. (2025) Arm and Foot Responses Predict Lateral CoM Shift During Slips in Younger and Older Adults. *Combined Section Meeting*. Anaheim, California, United States of America (Submitted 07/2025)

Gaylord, E., Bowers, S., **Lee-Confer, J.**, & Kerfeld, C. (2025) Special Education Teachers' Perceptions of Collaboration With School-Based Physical Therapists. *Combined Section Meeting*. Anaheim, California, United States of America (Submitted 07/2025)

**Lee-Confer, J.** & Childers, C. (2025) Turning the Tide on Falls: How Arms Are Changing the Game. *Combined Sections Meeting*. Houston, Texas, United States of America

Wayman, L.* & **Lee-Confer, J.** (2025) Impact of Dry Contaminants on Slipping: Implications for Public Health. *Public Health Poster Forum.* Tucson, Arizona, United States of America

Wayman, L.*, Havens, K., & **Lee-Confer, J.** (2025) High G-Forces in Unintentional Improper Infant Handling: Implications for Shaken Baby Syndrome. *American Society of Biomechanics.* Pittsburgh, Pennsylvania, United States of America

**Lee-Confer, J.** (2024) Vestibular contributions to a slip perturbation. *Arizona American Physical Therapy Association Conference*, Tucson, AZ, United States of America

**Lee-Confer, J.,** Helwig, M.*, Eggert, C.*, Garcia, D.*, Martin, R.*, Neff, A.*, & Spiess, C.* (2024). The effect of grasping light objects on the motor control of the arms during gait. *Society for Neuroscience*, Chicago IL, United States of America.

**Lee-Confer, J.,** Lo, M.*, & Troy, K. (2024). Impact of Arm Abduction Acceleration on Center of Mass Dynamics During Slips: A Comparative Study of Older and Younger Adults. *American Society of Biomechanics,* Madison, WI, United States of America.

Cronen, A., Moriarty, M.*, **Lee-Confer, J.,** & Renner, K. (2024) Validation of a Wireless Device-Driven Method of Estimating Caloric Expenditure during Running. *American Society of Biomechanics*, Madison, WI, United States of America.

**Lee-Confer, J.,** Lo, M.*, & Troy, K. (2023). Young adults accelerate their arms significantly faster than older adults in response to a slip perturbation. *American Society of Biomechanics,* Knoxville, TN, United States of America.

**Lee, J.,** Scher, I., Stepan, L., & Powers, C. (2019). The Effect of Ski Boots on Utilized Coefficient of Friction. *International Congress on Snow Sports Trauma and Safety,* Squaw Valley, CA, United States of America.

**Lee, J.,** Dang, K.*, Asplund, C.*, & Powers, C. (2018). Arm Movements Increase Margins of Stability During a Slip Perturbation. *USC Jacqueline Perry Research Day*. Los Angeles, CA, United States of America.

**Lee, J.,** Imamura, R., Merrier, N., & Shimada, S. (2015). Control of balance during quiet standing in an individual with FXTAS. *Biomedical Engineering Society Conference.* Tampa, FL, United States of America.

**Lee, J.,** Imamura, R., Merrier, N., & Shimada, S. (2014). Fragile X-associated Tremor/Ataxia Syndrome. *Biomedical Engineering Society Conference.* San Antonio, TX, United States of America.

**Lee, J.** Fragile X-associated Tremor/Ataxia Syndrome. *California State University, Sacramento Research Symposium*. Sacramento, CA, United States of America

**NEWS RELEASES / MEDIA**

| | |
|---|---|
| 2025 | "Study lays groundwork for preventing dangerous falls on dry spills"<br>University of Arizona Health Sciences, 07/25/2025<br>[Link] |
| 2025 | "Slower Arm Movement Increases Fall Risk Among Seniors"<br>US News, 07/21/2025<br>[Link] |
| 2025 | "UA researchers examine how we keep our balance"<br>AZPM, Arizona NPR, 07/02/2025<br>[Link] |
| 2025 | "Slower arm movements linked to greater fall risk for older adults"<br>The University of Arizona Health Sciences, 07/01/2025<br>[Link] |
| 2025 | "Slower Arm Movements Tied to Higher Fall Risk for Seniors"<br>Mirage News, 07/01/2025<br>[Link] |

| | |
|---|---|
| 2025 | "Slower Arm Movements Signal Increased Fall Risk in Older Adults"<br>ScienMag, 07/01/2025<br>[Link] |
| 2025 | "Falls Prevention: Don't Overlook Your Patient's Arms!"<br>APTA Home Health Podcast<br>Host: Chris Chimenti<br>Available as of 06/17/2025 |
| 2025 | "New study shows that a simple 10 cm increase in playground wood padding reduces children's impact force by 44%." EcoInventors, Available as of 04/05/2025<br>[Link] |
| 2025 | "Falling can be risky. Here's how to avoid it and what to do if it happens"<br>The Guardian, Available as of 03/31/2025<br>[Link] |
| 2025 | "Falling can be risky. Here's how to avoid it and what to do if it happens"<br>MSN, Available as of 03/31/2025<br>[Link] |
| 2025 | "Falling can be risky. Here's how to avoid it and what to do if it happens"<br>Yahoo News, Available as of 03/31/2025<br>Click Here for Link |
| 2025 | "Falling can be risky. Here's how to avoid it and what to do if it happens"<br>AOL, Available as of 03/31/2025<br>Click Here for Link |
| 2024 | "Preventing falls a deeply personal mission for researcher" University of Arizona, Health Sciences Office of Communications, Available as of 09/23/2024<br>[Link] |
| 2024 | "Advancing Research through Collaborative & Novel Technology: The Sensor Lab at the University of Arizona" Available as of 09/20/2024<br>[Link] |
| 2024 | "Expert Insights: Can arm strength prevent falls?" University of Arizona, College of Health Sciences, Available as of 08/08/2024.<br>https://www.youtube.com/watch?v=XsW2jTZQnfM&t=2s |
| 2024 | "A new perspective to prevent falls in older adults," University of Arizona, College of Health Sciences. Available as of 02/18/2024: https://healthsciences.arizona.edu/academics/college-of-health-sciences |

| | |
|---|---|
| 2024 | "Arm speed could be the key to preventing falls," YourLifeChoices. Available as of 01/22/2024: https://www.yourlifechoices.com.au/health/aged-care/arm-speed-could-be-the-key-to-preventing-falls/ |
| 2023 | "Slower arm speed may be why older people fall more easily after a slip," NewScientist. Available as of 12/27/2023: https://www.newscientist.com/article/2409722-slower-arm-speed-may-be-why-older-people-fall-more-easily-after-a-slip/ |
| 2023 | "Slower arm speed may be why older people fall more easily after a slip," LinxTechNews. Available as of 12/27/2023: https://linxtechnews.com/2023/12/27/slower-arm-speed-may-be-why-older-people-fall-more-easily-after-a-slip/ |
| 2022 | "Now it's been researched: you stay upright better with your hands free," HS Tiede. Available as of 12/15/2022: https://www.hs.fi/tiede/art-2000009176268.html |
| 2022 | "Biomechanics, Now it's been researched: you stay upright better with your hands free," Pledge Times. Available as of 12/15/2022 https://pledgetimes.com/biomechanics-now-its-been-researched-you-stay-upright-better-with-your-hands-free/ |

**PATENTS/INVENTIONS**

| | |
|---|---|
| 2025 | UA Fall Prevention Institute<br>University of Arizona Tech Launch<br>Case ID: UA25-080<br>Role: Inventor |

**UNIVERSITY DISSERTATIONS/THESES**

**Lee, J.S.** The role of the Upper Extremities in the Recovery of Balance During a Slip Perturbation. (2021). *University of Southern California*. Los Angeles, CA, United States of America. https://digitallibrary.usc.edu/asset-management/2A3BF1WF3JS0

**Lee, J.S.** Biomechanical gait assessment on a patient with Fragle X-Associated Tremor/Ataxia Syndrome (FXTAS): a case study. (2014). *California State University, Sacramento.* Sacramento, CA, United States of America. http://hdl.handle.net/10211.3/122092

**GRANTS AND/OR CONTRACTS AWARDED:**

**EXTERNAL GRANTS (FEDERAL/CORPORATE FUNDING):**

| | |
|---|---|
| 2024 | **"Establishing Foundations for Fall Prevention"**<br>FY25 SensorLab Seed Grants<br>Role: Principal Investigator<br>Status: Awarded<br>*Total Costs:* $23,569.99 |
| 2024 | **"Comparing bilateral exoskeleton footwear for balance, gait, fear of falling and user acceptance in older adults"**<br>National Institute of Health - National Institute on Aging, SBIR (PAR-23-231)<br>Score: N/A<br>Role: Co-investigator<br>Status: Submitted (Pending)<br>*Total Costs: $240,000* |
| 2023 | **"Comparing bilateral exoskeleton footwear for balance, gait, fear of falling and user acceptance in older adults"**<br>National Institute of Health - National Institute on Aging, SBIR (PAR-23-231)<br>Score: 31<br>Role: Co-investigator<br>Status: Not Funded<br>*Total Costs: $240,000* |
| 2017-2019 | **"Validation of Walkway Tribometers: A Reference Standard"**<br>American Society of Testing and Materials<br>Role: Co-Principal Investigator<br>Status: Awarded<br>*Total Costs: $58,700* |
| 2018 | **"Validation of Manufactured Ski Boots: Effects of Coefficient of Friction During Locomotion"**<br>Guidance Engineering<br>Role: Co-Principal Investigator<br>Status: Awarded<br>*Total Costs: $7,000* |
| 2012-2014 | **"Fragile X-Associated Tremor/Ataxia Syndrome"**<br>Medical Investigation of Neurodevelopmental Disorders Institute |

Role: Co-Principal Investigator
Status: Awarded
*Total Costs: $2,000*

**INVITED TALKS:**

2025 **Lee-Confer, J.** & Childers, C. Turning the Tide on Falls: How Arms are Changing the Game. AZAPTA Annual Conference. (Scheduled 10/2025)

2025 **Lee-Confer, J.** & Childers, C. Turning the Tide on Falls: How Arms are Changing the Game. APTA Home Health Section. (Scheduled 08/2025)

2025 **Lee-Confer, J.S.** Arming Against Falls: How Upper Limb Responses Can Help Prevent Injury. *Arizona Senior Academy*. Tucson, Arizona, United States of America

2025 **Lee-Confer, J.** & Childers, C. Turning the Tide on Falls: How Arms Are Changing the Game. *Combined Sections Meeting*. Houston, Texas, United States of America

2024 **Lee-Confer, J.** The Impact of Arm Training on Fall Prevention: A Theoretical Perspective. *Northern Chapter Arizona Falls Prevention Coalition.* Northern Arizona, United States of America

2024 **Lee-Confer, J.** Understanding Vestibular System Contributions (or none?!) to Reactive Arm Responses to Slip Incidents. *Speech, Language & Hearing Sciences Conference.* Tucson, Arizona, United States of America

2024 **Lee-Confer, J.** A Biomechanical Overview of Gait: Implications for Individuals Walking on Sloped Surfaces and Roofs. *Asphalt Roofing Manufacturers Association, Health, Safety and Environment Section*. Indianapolis, Indiana, United States of America

2024 **Lee-Confer, J.** An Introduction to the Biomechanics of Gait: Walking, Slipping, Tripping and Misstepping. *ASTM F13 Subcommittee Annual Meeting, Learning Series.* Philadelphia, Pennsylvania, United States of America

2024 **Lee-Confer, J.** 5 things you should make sure your biomechanical expert should know. *Arizona Association for Defense Counsel*, Phoenix, Arizona, United States of America

2023 **Lee-Confer, J.** Reactive arm responses increase the margins of stability and

decrease center of mass dynamics during a slip perturbation. *University of North Carolina at Chapel Hill,* Chapel Hill, North Carolina, United States of America

2023 **Lee-Confer, J.** Determining the safety of floors to prevent slip and falls – theory, applications, and implementation, *Arizona Falls Prevention Coalition,* Virtual, Arizona, United States of America

2023 **Lee-Confer, J.** How biomechanical experts should be measuring the slip-resistance of the floors. *State Bar of Arizona Convention*, Tucson, Arizona, United States of America

2022 **Lee-Confer, J.** What does the science say about slips? *Tucson Defense Bar*, Tucson, Arizona, United States of America

2021 **Lee-Confer, J.** The Biomechanics of Gait, Slips and Falls. *Columbia University*, New York City, New York, United States of America

2021 **Lee-Confer, J.** The Utility of the Arms for Balance During a Slip Perturbation. *Arizona Falls Prevention Coalition*, Arizona, United States of America

2019 **Lee-Confer, J.** The Neural Control of the Arms During a Slip Perturbation. *Teikyo University*, Tokyo, Japan

## IV. TEACHING AND MENTORING ACTIVITIES

**COURSES PRESENTED:**

2024-present **PSIO 442/542: Biomechanics of Human Movement**
*University of Arizona*, Tucson, AZ
Department of Physiology
(Student Evaluations = 5.00/5.00)

2024-present **PSIO 441: Musculoskeletal Kinesiology**
*University of Arizona*, Tucson, AZ
Department of Physiology
(Student Evaluations = 4.96/5.00)

2023 **PSIO 495T: Musculoskeletal Kinesiology**
*University of Arizona*, Tucson, AZ
Department of Physiology

| | |
|---|---|
| 2020-2023 | **BIO 202: Anatomy & Physiology II**<br>*Arizona College of Nursing*, Tucson, AZ<br>Department of General Education<br>(Student Evaluations = 4.91/5.00) |
| 2020-2023 | **BIO 201: Anatomy & Physiology I**<br>*Arizona College of Nursing*, Tucson, AZ<br>Department of General Education<br>(Student Evaluations = 5.00/5.00) |
| 2020-2023 | **BIO 189: Fundamentals of Biology**<br>*Arizona College of Nursing*, Tucson, AZ<br>Department of General Education<br>(Student Evaluations = 4.83/5.00) |
| 2022-2023 | **PSY 230: Statistics**<br>*Arizona College of Nursing*, Tucson, AZ<br>Department of General Education<br>(Student Evaluations = 5.00/5.00) |
| 2023 | **MAT 151: College Mathematics**<br>*Arizona College of Nursing*, Tucson, AZ<br>Department of General Education |
| 2020-2022 | **KINS 151a: Biomechanics**<br>*California State University, Sacramento*, Sacramento, CA<br>Department of Kinesiology<br>(Student Evaluations = 4.81/5.00) |
| 2020-2022 | **KINS 151: Kinesiology**<br>*California State University, Sacramento*, Sacramento, CA<br>Department of Kinesiology<br>(Student Evaluations = 4.60/5.00) |
| 2018-2019 | **PT 556: Disorders of the Musculoskeletal System**<br>*University of Southern California*, Los Angeles, CA<br>Division of Biokinesiology & Physical Therapy<br>(Student Evaluations = 4.43/5.00) |
| 2014-2018 | **PT 554: Analytical Anatomy (Biomechanics Laboratory Section)**<br>*University of Southern California*, Los Angeles, CA<br>Division of Biokinesiology & Physical Therapy |

(Student Evaluations = 4.75/5.00)

2014-2018 **PT 514: Musculoskeletal Anatomy (Laboratory)**
*University of Southern California*, Los Angeles, CA
Division of Biokinesiology & Physical Therapy
(Student Evaluations = 4.67/5.00)

2012-2014 **KINS 151a: Biomechanics**
*California State University, Sacramento*, Sacramento, CA
Department of Kinesiology

2012-2014 **KINS 151: Kinesiology**
*California State University, Sacramento*, Sacramento, CA
Department of Kinesiology

2009-2011 **BIO 22: Anatomy**
*California State University, Sacramento*, Sacramento, CA
Department of Kinesiology
(Student Evaluations = 4.96/5.00)

Workshops and Tutorials Developed/Presented

2023 **Developing Your Personal Statement for Grants**
*Arizona College of Nursing*

2022 **How to Study Effectively**
*Arizona College of Nursing*

2022 **How to Craft a Strong Resume**
*Arizona College of Nursing*

2022 **APA Refresher**
*Arizona College of Nursing*

2022 **Using Mendeley to Make APA Formatting Easy**
*Arizona College of Nursing*

2021 **Creating a Blueprint for Your Writings**
*Arizona College of Nursing*

2021 **Writing a Good Introductory Paragraph**
*Arizona College of Nursing*

| | |
|---|---|
| 2021 | **How to Conduct a Literature Search**<br>*Arizona College of Nursing* |
| 2018 | **Tribometer Workshop**<br>*University of Southern California* |
| 2011 | **Engaging Students in the Classroom**<br>*California State University, Sacramento* |
| 2010 | **Activity-based Classrooms**<br>*California State University, Sacramento* |

**GRADUATE AND UNDERGRADUATE STUDENTS MENTORED:**

| | |
|---|---|
| 2025-present | Alex Neely (University of Arizona) |
| 2025-present | Megan Bime (University of Arizona) |
| 2025-present | Chiara Ardent (University of Arizona) |
| 2024-present | Lila Wayman (University of Arizona) |
| 2024-2025 | Matthew Moriarty (University of Arizona) |
| 2024-present | Francisco Espinoza (University of Arizona), Masters Committee |
| 2024-present | Ty Mellor (University of Arizona) |
| 2024 | Leah Rodriguez (University of Arizona) |
| 2024 | Christian Eggert (University of Arizona) |
| 2024 | Riley Martin (University of Arizona) |
| 2024 | Annelise Neff (University of Arizona) |
| 2023 | Evelyn Miller (University of Arizona) |
| 2021-present | Matthew Lo (University of Arizona) |
| 2021-2022 | Rachel Lee (Division of Biokinesiology & Physical Therapy, USC) |

| | |
|---|---|
| 2019-2020 | Lauren Vera, DPT (Division of Biokinesiology & Physical Therapy, USC) |
| 2019-2020 | Sarah Ruegg, DPT (Division of Biokinesiology & Physical Therapy, USC) |
| 2018-2019 | Christopher Asplund, DPT (Division of Biokinesiology & Physical Therapy, USC) |
| 2016-2018 | Kaylee Dang, DPT (Division of Biokinesiology & Physical Therapy, USC) |
| 2015-2016 | Alex Cohen, DPT (Division of Biokinesiology & Physical Therapy, USC) |

## V. PROFESSIONAL DEVELOPMENTS

Conferences

| | |
|---|---|
| 2025 | ASTM F13 Subcommittee Meeting, Toronto, ON, CN (Scheduled) |
| 2025 | American Society of Biomechanics, Philadelphia, PA, USA (Scheduled) |
| 2025 | University of Arizona Public Health Poster Forums, AZ, USA (Scheduled) |
| 2025 | ASTM F13 Subcommittee Meeting, Houston, TX, USA |
| 2025 | Combined Sections Meeting (APTA), Houston, TX, USA |
| 2024 | Society for Neuroscience, Chicago, IL, USA |
| 2024 | ASTM F13 Subcommittee Meeting, Philadelphia, PA, USA |
| 2024 | American Society of Biomechanics, Madison, WI, USA |
| 2024 | ASTM F13 Subcommittee Meeting, Louisville, KY, USA |
| 2024 | APTAAZ Fall Meeting, Tucson, AZ, USA |
| 2024 | Combined Sections Meeting (APTA), Boston, MA, USA |
| 2023 | American Society of Biomechanics, Knoxville, Tennessee, USA |
| 2023 | ASTM F13 Subcommittee Meeting, Toronto, Canada |

| | |
|---|---|
| 2023 | ASTM F13 Subcommittee Meeting, Virtual |
| 2023 | Arizona State Bar Convention, Tucson, Arizona, USA |
| 2022 | North American Congress on Biomechanics, Ottawa, Canada |
| 2022 | World Congress of Biomechanics Conference, Taipei, Taiwan |
| 2022 | Arizona College of Nursing Educators Conference, Virtual |
| 2022 | ASTM F13 Subcommittee Meeting, Seattle, Washington, USA |
| 2022 | ASTM F13 Subcommittee Meeting, Virtual |
| 2022 | ATI Champion Training, Virtual |
| 2019 | American Society of Biomechanics Conference, Calgary, Canada |
| 2019 | International Society of Biomechanics Conference, Calgary, Canada |
| 2019 | International Congress on Snow Sports Trauma and Safety Conference, Squaw Valley, California, USA |
| 2019 | Neural Control of Movement Conference, Toyama, Japan |
| 2017 | USC Dentistry Research Day, Los Angeles, California, USA |
| 2017 | European Society of Biomechanics Conference, Seville, Spain |
| 2016 | Jacqueline Perry Research Day, Los Angeles, California USA |
| 2015 | American Society of Biomechanics Conference, Columbus, Ohio, USA |
| 2015 | Dentistry Research Day, Los Angeles, California, USA |
| 2015 | Biomedical Engineering Society Conference, Tampa, Florida, USA |
| 2014 | American College of Sports Medicine Conference, San Diego, California, USA |
| 2014 | Jacqueline Perry Research Day, Los Angeles, California, USA |

2014 Biomedical Engineering Society Conference, San Antonio, Texas, USA

Continuing Education

2025 How does hands-free stroller running affect the ground reaction force?
Allison Altman-Singles, Naomi Fay, Amanda Mueller, Abby Miller, Teresa Reed, Joseph Mahoney

2025 Gait biomechanics differ between transfemoral and transtibial amputations
Nikou Nikoumanesh, Shraddha Sudhir, Kharma Foucher, Lindsay Hannigan

2025 Vector coding quantifying whole-body coordination during functional mobility in pediatric cerebral palsy
Guilherme Cesar, Ligia Mochida, David Williams, Clayton Wauneka, Kira Flanagan, Paulo Santiago, Bruno Bedo

2025 Interlimb neural coupling during gait with coherence and directionality analysis using rhythmic haptic cueing in arm swing training
Ines Khiyara, Babak Hejrati

2025 Older adults fail to modulate muscle excitations inanticipation of walking balance perturbations
Emily Eichenlaub, Jessica Allen, Vicki Mercer, Jeremy Crenshaw, Jason Franz

2025 Does adding a secondary task while walking alter margin of stability?
Douglas Mitchell, Frankie Wade

2025 Impact of mild cognitive impairment on dynamic gait stability in older adults during overground walking
Caroline Simpkins, Sara Mahmoudzadeh Khalili, Diane' Brown, Jiyun Ahn, Feng Yang

2025 Dual-task reactive balance control in older adults with mild cognitive impairment: The effect of cognitive task domain on cognitive-motor interference
Jessica Pitts, Lakshmi Kannan, Tony Szturm, Tanvi Bhatt

2025 Age-specific adaptations to mental fatigue in dual-task walking of varying complexity
Hang Qu, Jinfeng Li, Tim Derrick, Li-Shan Chou

2025 Preliminary design and validation of the Glidiator: a novel means of eliciting unexpected and repeated large amplitude slips
Gaspard Diotalevi, Chantal Gauvin, Denis Rancourt, Cécile Smeesters

2025 Ankle and hip muscle activation in response to ground slide perturbations
Theresa Hardin, Aaron Young, Gregory Sawicki, Jennifer Leestma

2025 Effects of tripping types and repetitions on reactive balance control during walking and carrying tasks
Ling Li, Kaden Valkenburg, Ben Geske, Carly Palmer, Boyi Dai

2025 Neuromechanics in action: Integrating the neural control andbiomechanics of walking
Sarah Roelker, Nidhi Seethapathi, Daniel Ferris, Jessica Allen, Michael Rosenberg, Gelsy Torres-Oviedo

2025 Why Read When You Can Write? The ABCs of Authoring, Editing and Publishing Textbooks
Presenters: Kristin Greewood, PT, DPT, Myla Quiben, PT, DPT, Rolando Lazaro, PT, DPT, PhD, Arvie Vitente, PT, DPT, MPH, PhD, and Kathryn Panasci, PT, DPT.

2025 Policing to Pedagogy: Incorporating the Use of AI to Enhance the Student Learning Experience
Presenters: Aimee Perron, PT, DPT and Jessica Dunn, PT, DPT, MS

2025 Biomechanics Matters 3.0: Focus on Movement
Presenters: Cara Lewis, PhD, Christopher Powers, PT, PhD, and Irene Davis, PhD

2024 Balance and Falls: Vision and Attention to Balance
Presenters: Ashwini Sansare, PhD, John Jeka, PhD, Samuel Lee, PhD, Hendrik Reimann, PhD

2024 Non-linear analysis of gait: translating from the lab to clinical relevance
Presenters: Lise Worthen, Chaudhari, PhD, Peter Fino, PhD, Nelson Glover, PhD, Meghan Kazanski, PhD, Kristen Renner, PhD

2024 Running a Research Lab Is Like Running a Small Business
Presenters: David Alexander Sherman, PT, DPT, ATC, PhD, Jacob J. Capin, PT, DPT, MS, PhD, Lori Michener, PT, ATC, PhD, FAPTA, Stephanie Di Stasi, PT, PhD and Daniel Kenta White, PT

2024 Motor Versus Sensory Dysfunction for Balance Control After Mild Traumatic Brain Injury: Implications for Rehabilitation
Presenters: Laurie Anne King, PT, PhD, Kody Campbell, Peter C Fino, PhD and Jennifer Louise Wilhelm, PT, DPT

| | |
|---|---|
| 2024 | A Call for Physical Therapy Action on Hearing Loss, Balance Problems, and Fall Risk<br>Presenters: Jennifer Lynn Kelly, PT and Anat Vilnai Lubetzky, PT, PhD |
| 2024 | The 5Ms of Geriatrics: The Missing Link in Movement System Framework<br>Presenters: Myla Claire Quiben, PT, DPT, MS, PhD, Susan Joy Leach, PT, DPT, PhD, Marni Larkin, Gregory W. Hartley, PT, DPT, FAPTA, Kenneth L. Miller, PT, DPT, Laura Z. Gras, PT, DPT, DSc and Michelle M. Lusardi, PT, DPT, PhD, FAPTA |
| 2024 | Anticipatory Postural Control: Translating the Evidence into Clinical Practice<br>Presenters: Gay L. Girolami, PT, MS, PhD and Stacey A. Marguerite, PT, DPT |
| 2023 | The CDC's "STEADI" Toolkit in the Community Setting – Project "VIBE" Valley Initiative to promote Balance among Elders<br>Presenter: Tiffany Hughes, Ph.D. |
| 2022 | Whoa! Reactive balance training as a fall prevention intervention<br>Presenter: Michael Madigan, Ph.D. |
| 2022 | Human Motion Analysis with Wearables for Improved Health and Well-being<br>Presenter: Sol Lim, Ph.D. |
| 2022 | Impact of Ankle-Foot-Orthoses and Functional Electrical Stimulators, on Fall Outcomes in Individuals with Stroke<br>Presenter: Claire Honeycutt, Ph.D. |
| 2022 | Diversity and English Language Learners: Helping Students Succeed<br>Presenter: Karin J. Sherrill, RN, MSN, CNE, ANEF, FAADN |
| 2022 | Concept Mapping I: Why It's Essential for 21st Century Nursing Education<br>Presenter: Barbara L. Yoost, MSN, RN, CNE, ANEF |
| 2022 | Cultivating Meaningful and Engaging Online Discussion<br>Presenter: Virginia Wangerin, PhD, RN, CNE |
| 2021 | Contraception Pharmacology Update<br>Presenter: Gini Holter, DNP, APRN, FNP-BC |

2021 Diabetes Mellitus: Pharmacological Management for Type 2
Presenter: Susan J. Kimble, DNP, RN, ANP-BC, FAANP

**PROOF OF SERVICE**
(C.C.P. § 1013(a), 2015.5)

I am employed in the County of San Mateo, California. I am over the age of eighteen years and not a party to the within action. My business address is the Law Offices of Michael E. Adams, 702 Marshall Street, Suite 300, Redwood City, California 94063.

On October 23, 2025, I served the attached EXPERT REPORT OF JONATHAN S. LEE-CONFER, PH.D on the parties in this action by transmitting true copies thereof as follows:

Matthew D. Marca
*mmarca@gutierrez-marca.com*
Gutierrez Marca LLP
465 Czlifornia Street, 5th Floor
San Francisco, CA 94104

Joseph F. Charles, Deputy
*jcharles@smcgov.org*
Lauren F. Carroll, Deputy
*lcarroll@smcgov.org*
Office of County Counsel
500 County Center, 4th Floor
Redwood City, CA 94063

[ ] **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressee noted above.

[ ] **(BY FEDERAL EXPRESS)** I caused such sealed envelope to be delivered by overnight service to the addressee noted above.

[X] **(BY EMAIL)** Pursuant to Code of Civil Procedure Section 1010.6, I transmitted the above described document(s) to the above-referenced email addresse(es) for the attorneys of record herein, and received no notice of nondelivery within a reasonable time thereafter.

I, MICHAEL E. ADAMS, declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed this 23rd day of October, 2025, at Milpitas, California.

MICHAEL E. ADAMS