GUTIERREZ MARCA LLP
WILLIAM F. GUTIERREZ, SBN 148668
MATTHEW D. MARCA SBN 180686
465 California Street, 5th Floor
San Francisco, California 94104
Telephone:  415.231.6160
E-mail:  wgutierrez@gutierrez-marca.com
Email: mmarca@gutierrez-marca.com

Craig M. Peters (SBN: 184018)
ALTAIR LAW LLP
465 California St. 5th Floor
San Francisco, CA 94104
Telephone: (415) 988-9828
E-mail: cpeters@altairlaw.com

Attorneys for Plaintiff

JOHN D. NIBBELIN, COUNTY COUNSEL(SBN 184603)
By: Joseph F. Charles, Deputy (SBN 228456)
By: Lauren F. Carroll, Deputy (SBN333446)
By: Karen Rosenthal, Lead Deputy (SBN 209419)
500 County Center, 4thFloor, Redwood City, CA 94063
Telephone: (650) 363-4647
E-mail:jcharles@smcgov.org
E-mail:lcarroll@smcgov.org
E-mail:krosenthal@smcgov.org

Attorneys for Defendants,
COUNTY OF SAN MATEO, AYSE DOGAN
and JULIE BERKOVATZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.H., a minor through his Guardian ad Litem, TILLMAN, JOAN,<br><br>               Plaintiff,<br><br>     vs.<br><br>COUNTY OF SAN MATEO; DOGAN, AYSE; BERKOVATZ, JULIE; DAWSON, TAMIKA; and DOES 1 to 50, inclusive,<br><br>               Defendants. | Case No. 3:20-CV-00961-VC<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND JOINT STIPULATION THE [PROPOSED] ORDER VACATING ALL DATES**<br><br><br>THE HONORABLE VINCE CHHABRIA |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD: The parties have agreed to settle the above-captioned matter, subject to the completion of terms and conditions specified in the Settlement Agreement and pursuant to this Court's approval of a Minor's Compromise. Pursuant to the terms of the Settlement Agreement, Plaintiff will request dismissal with prejudice of Defendants County of San Mateo, Ayse Dogan, and Julie Berkovatz ONLY upon satisfaction of the conditions set forth herein:

In light of this conditional settlement, and pursuant to Local Rule 6-2, the Parties, by and through their respective counsel, stipulate and agree as follows:

WHEREAS, the Parties have agreed to settle the matter in accordance with the terms set forth in the Settlement Agreement;

WHEREAS, the Parties expect such conditions of settlement to be completed within 60 days of the filing of this notice and stipulation and/or at such time that this Court approves the Minor's Compromise;

WHEREAS, the Parties stipulate and respectfully request that the Court vacate all deadlines governing this case and dates, including the trial set to commence on August 3, 2026;

DATED: _____7/2/2026_____        _____/s/ Matthew D. Marca_____
                                                            Attorney for Plaintiff

DATED: _____7/22/2026_____        _____/s/ Joseph F. Charles_____
2                                                          Attorney for Plaintiff

## [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT all deadlines and dates, including the trial date of August 3, 2026 are vacated.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                            Hon. Vince Chhabria
                                                            UNITED STATES DISTRICT JUDGE